**FILED**

APR X 3 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DONALD L. MARR II,

    Plaintiff,

    v.

JO ANNE BARNHART, Commissioner of Social Security,

    Defendant.
_____/

No. C 05-3728 PJH

**ORDER TO SHOW CAUSE**

This appeal from a decision by the Commissioner of Social Security was filed on September 15, 2005. Defendant answered on December 22, 2005. According to Civil Local Rule 16-5, plaintiff was required to "file a motion for summary judgment pursuant to Civil L.R. 7-2 and FRCivP 56" by January 23, 2006. Plaintiff, who is represented by counsel, has not done so.

Plaintiff is hereby ordered to show cause regarding why he failed to file and serve his motion within **ten days** of the date of this order. Plaintiff is advised that if he fails to respond to this court's order, his appeal may be dismissed with prejudice with no further hearing or briefing.

**IT IS SO ORDERED.**

Dated: March 31, 2006

PHYLLIS J. HAMILTON
United States District Judge