UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DONALD L. MARR II,

    Plaintiff,

    v.

JO ANNE BARNHART, Commissioner of Social Security,

    Defendant.

_____/

No. C 05-3728 PJH

**ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE**

On April 3, 2006, the court issued an order to show cause why plaintiff's claims should not be dismissed for failure to file a motion for summary judgment as required, pursuant to Federal Rule of Civil Procedure 56 and Civil L.R. 7-2. The court ordered plaintiff, who appears to be represented by counsel, to show cause regarding his failure to file and serve his motion within ten days of the date of the court's order. Plaintiff has once again failed to respond.

The court has considered the five factors set forth in *Malone v. United States Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987), and has determined that notwithstanding the public policy favoring the disposition of actions on their merits, the court's need to manage its docket and the public interest in the expeditious resolution of the instant litigation require dismissal of this action. In view of plaintiff's lack of response (1) in prosecuting his appeal and (2) to this court's prior order, the court finds there is no appropriate less drastic sanction. Accordingly, per the court's warning in its prior order to show cause, plaintiff's action is DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute.

**IT IS SO ORDERED**.

Dated: April 26, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge

1